United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 10, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 03-11117
_____

UNITED STATES OF AMERICA,

                                          Plaintiff-Appellee,

versus

ALICIA LOUISE SILLER,

                                          Defendant-Appellant.

_____

Appeal from the United States District Court for
the Northern District of Texas
(USDC No. 6:03-CR-009-C)
_____

Before REAVLEY, HIGGINBOTHAM and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Due to the jury's conflicting findings, there was no clear factual determination

regarding the amount of methamphetamine involved in the conspiracy. The verdict will

not support the sentence in excess of the statutory maximum of 20 years under 21 U.S.C.

§ 841(b)(1)(c). Sentence Vacated. Remanded.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.